IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
US MAGISTRATE JUDGE GORDON P. GALLAGHER PRESIDING

Criminal Case No. 21-po-0006-GPG

Date: April 14, 2022

Court Deputy: A. Barnes

Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,

v.

**1. BRIANNA L. HOWELL ,**
Defendant.

---

### ORDERS

---

This Court is advised that Defendant *pro se* filed a letter motion requesting early termination of her Probation which commenced on February 9, 2021 as set forth in this Court's Judgment dated that day.  See Docket Entry 9 in this matter.

The Court is also advised that neither the Probation Office or the Government object to this request as evidenced by the response on the docket at D. 11.

ORDERED: Being as Defendant has completed the terms of her Sentence and Judgment in this matter, therefore at this time the Court hereby GRANTS the Motion at D.9 and  officially terminates and ends Defendant's Probation term and finds that Defendant has completed the terms of her Sentence and Judgment in this matter.

BY THE COURT:

Dated this 14th day of April, 2022.

_____
US Magistrate Judge
Gordon P. Gallagher